UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| LIBERTY SCARBOROUGH,     ) | |
|                                ) | |
|      **Plaintiff**                 ) | |
|                                   ) | |
| v.                                  ) | Civil No. 07-193-P-S |
|                                   ) | |
| **NESTLE WATERS NORTH**   ) | |
| **AMERICA INC.**               ) | |
|                                   ) | |
|      **Defendant**            ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 30, 2008, his Recommended Decision (Docket No. 78). Plaintiff filed its Objection to the Recommended Decision (Docket No. 79) on November 17, 2008. Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (Docket No. 80) on December 5, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.    It is hereby **ORDERED** that Defendant's Motion for Partial Summary Judgment (Docket No. 24) is **GRANTED**.

3. It is also hereby **ORDERED** that Plaintiff's Motion for Oral Argument on Defendant's Motion for Partial Summary Judgment (Docket No. 81) is **DENIED.**

        /s/George Z. Singal_____
        Chief U.S. District Judge

Dated:  December 15, 2008